PER CURIAM.
Affirmed. White Constr. Co., Inc. v. Dupont, 455 So.2d 1026 (Fla.1984); Binger v. King Pest Control, 401 So.2d 1310, 1313-14 (Fla.1981); Lassitter v. International Union of Operating Eng’rs, 349 So.2d 622 (Fla.1976); West v. Caterpillar Tractor Co., Inc., 336 So.2d 80, 92 (Fla.1976); Ashley v. Ocean Roe Motel, Inc., 518 So.2d 943 (Fla. 3d DCA 1987), review denied, 528 So.2d 1181 (Fla.1988); Giordano v. Ramirez, 503 So.2d 947 (Fla. 3d DCA 1987); Sears, Roebuck & Co. v. McKenzie, 502 So.2d 940, 942 (Fla. 3d DCA), review denied, 511 So.2d 299 (Fla.1987); Eagle-Picher Indus., Inc. v. Cox, 481 So.2d 517 (Fla. 3d DCA 1985), review denied, 492 So.2d 1331 (Fla.1986); Wills v. Snapper Creek Nursing Home, Inc., 465 So.2d 562 (Fla. 3d DCA), review denied, 476 So.2d 675 (Fla.1985); § 90.804(2)(a), Fla.Stat. (1989).